# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00493-CV

**Mrs. Robert Brown, Appellant**

**v.**

**Darrell Saunders, and All Occupants, Appellees**

### FROM THE COUNTY COURT AT LAW NO. 3 OF BELL COUNTY
### NO. 48,815, HONORABLE GERALD M. BROWN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Mrs. Robert Brown filed an unopposed motion to dismiss her appeal advising that she no longer desires to pursue this appeal.

The appeal is dismissed on motion of appellant.  Tex. R. App. P. 42.1(a)(2).


Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Patterson

Dismissed on Appellant's Motion

Filed:   October 23, 2003